**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALANA COOLEY, | : | |
| | : | No. 26-cv-7185-JMY |
| vs. | : | |
| | : | |
| EASTERN MONTGOMERY COUNTY | : | |
| AREA LOCAL 2233, | : | |
| AMERICAN POSTAL WORKERS UNION | : | |
| UNION, AFL-CIO. | : | |

**ORDER**

**AND NOW**, this 13th day of November 2026, upon consideration of the Motion to Dismiss filed by the Defendant, Eastern Montgomery County Area Local 2233, American Postal Workers Union, AFL-CIO (ECF No. 10), and all papers filed in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for reasons set forth in the Court's Memorandum that is filed along with this Order. Leave to file an Amended Complaint will not be granted.

It is further **ORDERED** that Plaintiff's Motion for Temporary Restraining Order (ECF No. 3) is **DENIED** as moot because "an operative complaint must be in existence before plaintiff may be granted injunctive relief." *Grohol v. Admin. Off. Of Pa. Cts.*, 2026 U.S. Dist. LEXIS 126733, *4-5 (M.D. Pa. June 9, 2026) (A motion for temporary restraining order is moot when the complaint is dismissed on its merits because the underlying case is gone.).

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge